UNITED STATES of America,
Plaintiff–Appellee,

v.

Anthony Rashawn HUNT,
Defendant–Appellant.

No. 06–10866

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 27, 2006.

James D. Jeffries, Jr., Lyons, Pipes & Cook, P.C., Mobile, AL, for Defendant–Appellant.

Richard H. Loftin, Deborah J. Rhodes, U.S. Attorney's Office, Southern District of Alabama, Mobile, AL, for Plaintiff–Appellee.

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

James D. Jeffries, appointed counsel for Anthony Rashawn Hunt in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hunt's conviction and sentence are **AFFIRMED.**